UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

ANDREW PETER SOLOMON,

                Defendant.

Case No. MJ19-598-BAT

DETENTION ORDER

Offenses charged:

    Count 1:      Assault by Striking, Beating, or Wound, § 113(a)(4)

Date of Detention Hearing: December 18, 2019

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Defendant stipulated to detention.

2.      Pretrial Services did not receive authorization from Defendant's counsel to conduct an interview of Defendant. Therefore, there is limited information available about him.

3.      Defendant poses a risk of nonappearance due to his history of failures to appear and that he is currently in federal custody pending another federal charge. Defendant poses a risk of danger due to the nature of the instant offense and that it occurred while he was in custody for another charge. Defendant also poses a risk of danger due to his criminal history. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States

\\

\\

DETENTION ORDER - 2

1          Pretrial Services Officer.

2     Dated this 19th day of December, 2019.

3

4     _____
      MICHELLE L. PETERSON
5     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 3